UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ABUDIAB, | No. C 09-1778 MHP |
| Plaintiff(s), | **ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO et al, | |
| Defendant(s). | |

Parties are hereby notified that the above-listed action is removed from the ADR Mediation program, and shall proceed with settlement before Magistrate Judge Edward M. Chen. The deadline for completion of settlement is extended to December 31, 2009.

A further Case Management Conference (CMC) is scheduled for January 25, 2010 at 3:00 p.m., before the Honorable Marilyn Hall Patel, with a joint supplemental CMC statement to be filed not later than January 19, 2010.

Dated: 10/14/09

MARILYN HALL PATEL
United States District Court Judge