Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 781-3333
Facsimile (415) 398-1414
joseph@josephmaylaw.com

Attorney for Plaintiffs
AMJAD ABUDIAB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ABUDIAB,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; and DOES 1-20, inclusive.<br><br>Defendants. | CASE NO.: C-09-1778-MHP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE FOR SETTLEMENT CONFERENCE<br><br>Trial Date:  None Set |

On October 14, 2009, the Court issued an order requiring that a settlement conference before Magistrate Judge Edward M. Chen be completed before December 31, 2009. Leni Doyle, secretary to Judge Chen telephoned counsel on October 20, 2009 and informed counsel that the only two days on which Judge Chen was available to conduct a settlement conference were December 21, 2009 and December 22, 2009. Plaintiff's counsel cannot attend a settlement conference on either of those dates as he will be involved in the trial of a case entitled *Mohamed v. Maersk Line, Limited*, San Francisco Superior Court Case Number CGC-08-472574. This trial is scheduled to commence on December 14, 2009 and is expected to last until December 31, 2009.

The Parties hereby stipulate to an order postponing the deadline for the parties to complete the settlement conference to February 1, 2010, depending on the availability of Magistrate Judge Chen to conduct a settlement conference.

So Stipulated.

DATED: October 21, 2009       LAW OFFICE OF JOSEPH S. MAY

_____
Joseph S. May, attorney for Plaintiff,
Amjad Abudiab

So Stipulated.

Dated: October _____, 2009      DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
BLAKE P. LOEBS
Deputy City Attorney

By:_____
BLAKE P. LOEBS
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Parties must complete a settlement conference with Magistrate Judge Edward M. Chen by February 1, 2010.

IT IS HEREBY FURTHER ORDERED that the further Case Management Conference (CMC) is re-scheduled to ___February 22___, 2010 at 3:00 p.m., before the Honorable Marilyn Hall Patel, with a joint supplemental CMC statement to be filed not later than ___February 15___, 2010.

DATED: _10/23/2009_   _____
IT IS SO ORDERED
Judge Marilyn H. Patel