1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

AMJAD ABUDIAB,

**No. C**-09-1778 MHP

11

Plaintiff,

12

v.

**ORDER RE: MOTION TO COMPEL**

13

CITY AND COUNTY OF SAN
FRANCISCO; ELIAS GEORGOPOULOS;

14

and DOES 1-2-, inclusive,

15

Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

After reviewing the parties' letter briefs and hearing argument of counsel, the Court makes the following Orders:

1. Defendant CCSF shall produce any and all documents that are contained in any files of any CCSF agencies or departments, including the Whistleblower Unit of the Controller's Office, which relate in any way to complaints about Sgt. Georgopoulos' violence (whether by words or deeds), violent behavior, and assaultive or threatening behavior (whether by words or deeds). If so warranted, the documents may be designated by CCSF as confidential or highly confidential pursuant to the Stipulated Protective Order filed in this action. CCSF must produce documents regarding complaints and factual investigations thereof, but need not produce any portions of documents that contain conclusions or findings. Production of the aforementioned documents shall be made within 30 days of this Order.

2. Defendant CCSF shall remove from any documents heretofore produced in this litigation any confidentiality designations if said documents are in the public record, or are readily accessible by the public. CCSF shall not designate any documents that it intends to produce as confidential if the documents are matters of public record.

3. All instructions given by the Court at the hearing in this matter are deemed incorporated herein and no party or attorney to this action shall disclose any confidential or private information in violation of or inconsistent with those instructions.

4. Defendant Elias Georgopoulos shall submit to a deposition by July 12, 2010. Given Mr. Georgopoulos' medical condition, Plaintiff shall make every effort to accommodate him, including but not limited to taking frequent breaks during the deposition, having the deposition take place over two days, and having the deposition take place at a location that is the most convenient

//
//
//
//
//
//

2

1    and comfortable for Mr. Georgopoulos, including but not limited to a room in the Northern District

2    facilities, if Mr. Georgopoulos so desires.

3        **IT IS SO ORDERED.**

4    Dated: June 4, 2010

5

6    _____

7    MARILYN HALL PATEL
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28