Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 781-3333
Facsimile (415) 398-1410
joseph@josephmaylaw.com

Attorney for Plaintiff
AMJAD ABUDIAB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMJAD ABUDIAB,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; ANTONIO PARRA; and DOES 1-20, inclusive.<br><br>Defendants. | CASE NO.: C09-1778-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO SUBMIT CASE TO COURT-SPONSORED MEDIATION**<br><br>Trial Date: June 14, 2011<br>Action Filed: March 23, 2009 |

## STIPULATION

1. The Parties participated in a settlement conference held by Magistrate Judge Edward M. Chen on June 4, 2010; however, the case did not settle.

2. At the November 15, 2010 Case Management Conference, the Parties agreed to submit the case to one more form of ADR prior to trial. Soon thereafter, the Court assigned the case to Magistrate Judge Chen for a Settlement Conference and ordered the parties to participate in an ADR conference to decide upon which ADR process in which they would agree to engage.

3. On November 23, 2010 attorneys for the parties participated in a telephonic conference with the Court's ADR unit. Counsel agreed that as long as only one further ADR session would be required, the parties would submit the matter to Court-sponsored mediation.

1    4. The Parties therefore stipulate that the case should be submitted to Court-sponsored
2 mediation and that, regardless of the outcome, no further Settlement Conferences or other forms
3 of ADR should be required of the parties unless upon mutual consent of the Parties. The Parties
4 jointly and respectfully request an order from the Court referring this matter to Court-sponsored
5 mediation, preferably with mediator Martin Dodd (or, if he is unavailable, with any available
6 mediator), to be completed by January 31, 2011, and vacating the order referring the matter to an
7 additional Settlement Conference with Magistrate Judge Chen.

9 So Stipulated.

10 DATED: November 23, 2010              LAW OFFICE OF JOSEPH S. MAY

13                                       _____
                                         JOSEPH S. MAY, Attorney for Plaintiff,
                                         AMJAD ABUDIAB

15 So Stipulated.

16 Dated: November 23, 2010              DENNIS J. HERRERA
                                         City Attorney
17                                       JOANNE HOEPER
                                         Chief Trial Deputy
18                                       BLAKE P. LOEBS
                                         Deputy City Attorney

21                                       By:_____
                                         BLAKE P. LOEBS
22                                       Attorneys for Defendants
                                         CITY AND COUNTY OF SAN
23                                       FRANCISCO, et al.

24                                       Pursuant to General Order 45, §O.K., the
                                         filer of this document attests that he has
25                                       received the concurrence of this signatory to
                                         file this document.

28                                       2
C09-1778-MHP
STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO
MEDIATION AND VACATING REFERRAL TO SETTLEMENT CONFERENCE

1
2
## [~~PROPOSED~~] ORDER

3
    IT IS HEREBY ORDERED that the case is referred to Court-sponsored mediation, to be
4
completed by January 31, 2011.

5
    IT IS HEREBY FURTHER ORDERED that the November 16, 2010 Order referring the
6
case to Magistrate Judge Edward M. Chen for a Settlement Conference is vacated, and that
7
following the Court-sponsored mediation, the Parties will not be obligated to participate in any
8
further ADR sessions.

9

10

11   DATED:  11/24/2010



12                                                   MAR
                                                     United
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
C09-1778-MHP
STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO
MEDIATION AND VACATING REFERRAL TO SETTLEMENT CONFERENCE

3