1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  BLAKE P. LOEBS, State Bar #145790
   Chief of Civil Rights Litigation
4  MARC R. LEWIS, State Bar #233306
   Deputy City Attorney
5  Fox Plaza
   1390 Market Street, 6th Floor
6  San Francisco, California 94102-5408
   Telephone:     (415) 554-3921
7  Facsimile:     (415) 554-3837
   E-Mail:        marc.lewis@sfgov.org
8

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
10 ELIAS GEORGOPOULOS and ANTONIO PARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ABUDIAB,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; ANTONIO PARA and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. C09-01778 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO POSTPONE PRETRIAL SUBMISSIONS<br><br>Trial Date:        June 14, 2011 |

1  Good cause existing, Defendants' Administrative Motion To Postpone Pretrial Submissions is
2  GRANTED.
3  The Court hereby [orders the parties to submit pretrial submissions on June 6, 2011, and will
4  hold the pretrial conference on June __, 2011] [sets a new trial date of _____, 2011] [vacates the
5  June 14, 2011 trial date and will hold a status conference on May 16, 2011 to set a new trial date].
6  IT IS SO ORDERED.

8  DATED:   4/15/2011



HONO_____ELA
UNITE_____RT JUDGE

[PROPOSED] Order Granting Motion to Postpone        2        n:\lit\li2010\091138\00692846.doc
Pretrial Submissions; CASE NO. C09-01778 MHP