UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABUDIAB,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

                                       /

CV 09-01778 MHP

**MEMORANDUM & ORDER**

**Re:** Amended Filing Schedule; Matter Submitted and Hearing Date Vacated.

        Defendants filed a motion for partial summary judgment on March 21, 2011. Pursuant to Local Rule 7-3(a), plaintiff's opposition papers were due on April 4, 2011. As a result of an apparent scheduling error however, plaintiff's counsel filed plaintiff's opposition papers on April 11, 2011, the date that defendant's reply papers were due. In fact, plaintiff's counsel filed plaintiff's opposition papers after defendants filed their reply papers. Accordingly, defendants did not have the benefit of plaintiff's opposition papers when drafting their reply.

        In light of the situation, the court orders defendants to take into consideration plaintiff's late-filed opposition brief and, having done so, to refile their reply papers no later than Monday, May 16, 2011. At that time, the court will deem the matter submitted on the papers without oral argument and the hearing set for Monday, May 16, 2011 will stand vacated.

        IT IS SO ORDERED.

Dated: 5/6/2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California