**United States District Court**
For the Northern District of California

**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AMJAD ABUDIAD,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants.<br>_____/ | No. CV 09-1778 JSW (NJV)<br><br>**ORDER RE DEFENDANTS' MOTION TO QUASH DEPOSITION NOTICES**<br><br>(Docket No. 94) |

The district court recently referred all discovery matters to this Court for determination, including Defendants' motion to quash the deposition notices Plaintiff issued in February 2011. Doc. No. 147 (order of referral); Doc. Nos. 94, 96 (motion to quash and response). This Court set the hearing on the motion to quash for October 19, 2011, approximately eight months after the discovery dispute first arose. In light of the age of the dispute and of the fact Judge Patel granted summary judgment in part to Defendants on June 17, 2011 (Doc. No. 135), the Court orders as follows:

That pursuant to this Court's standing order, the parties meet and confer **in person** within the next week to attempt to resolve or narrow their dispute; and,

That on or before October 14, 2011, the parties file supplemental letter briefs describing any remaining issue(s) and providing authority in support of the parties' positions. The letter briefs may

not exceed three (3) pages and may not be accompanied by any ancillary documents such as declarations or copies of correspondence. If the discovery dispute is no longer at issue, the parties should notify the Court immediately.

**IT IS SO ORDERED.**

Dated: October 4, 2011

NANDOR J. VADAS
United States Magistrate Judge