**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AMJAD ABUDIAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants.<br>_____/ | No. CV 09-1778 JSW (NJV)<br><br>**ORDER RE DEFENDANTS' MOTION TO QUASH DEPOSITION NOTICES**<br><br>(Docket No. 94) |

　　　The Court heard oral argument on Defendants' motion to quash on October 19, 2011. At the conclusion of the hearing, the Court asked the parties to obtain clarification from Judge White regarding the contours of the bifurcation order. As of the date of this Order, the parties have not provided any clarification to the Court. The parties are ordered to file a status update within three court days describing the efforts they have made to obtain such clarification and when clarification may be expected.

**IT IS SO ORDERED.**

Dated: November 3, 2011

　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge