United States District Court

For the Northern District of California

1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    AMJAD ABUDIAB,

10              Plaintiff,                              No. C 09-01778 JSW

11   v.

12   CITY AND COUNTY OF SAN FRANCISCO,          **ORDER OF CLARIFICATION**
     et al.,

13

14              Defendants.

     _____/

15

16          Upon the parties request, the Court HEREBY CLARIFIES that the bifurcation applies to

17   the *Monell* claims only.  In other words, the claims against Captain Parra shall be heard with the

18   claims against the other individual defendant in the first phase.

19          **IT IS SO ORDERED.**

20

21   Dated: November 9, 2011

22                                                  _____
                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28