IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMJAD ABUDIAB,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 09-01778 JSW

**ORDER OF CLARIFICATION**

Upon the parties request, the Court HEREBY CLARIFIES that the bifurcation applies to the *Monell* claims only. In other words, the claims against Captain Parra shall be heard with the claims against the other individual defendant in the first phase.

**IT IS SO ORDERED.**

Dated: November 9, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE