IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMJAD ABUDIAB,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 09-01778 JSW

**ORDER GRANTING REQUEST TO FILE MOTION FOR SUMMARY JUDGMENT**

    Now before the Court is Defendants' request to file a third motion for summary judgment. The Court has considered the parties' papers, relevant legal authority, and it finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The hearing set for February 17, 2012 is VACATED. In light of Defendants' misunderstanding that the claims against Defendant Captain Parra were bifurcated along with the *Monell* claims against the City and County of San Francisco, the Court finds that Defendants have demonstrated good cause for their delay in seeking summary judgment on the claims against

///
///
///
///
///
///

him. Accordingly, the Court HEREBY GRANTS Defendants' motion for permission to file a third motion for summary judgment. Defendants shall file their motion by no later than January 6, 2012.

**IT IS SO ORDERED.**

Dated: December 2, 2011



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2