DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
Deputy City Attorney
MARC R. LEWIS, State Bar #233306
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868
Facsimile:     (415) 554-3837
Email address:      blake.loebs@sfgov.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ABUDIAB,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. C09-01778 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT PARRA'S DEADLINE TO MOVE FOR SUMMARY JUDGMENT**<br><br>Hearing Date:     None Set |

On December 8, 2011, this Court issued its order granting in part and denying in part the parties' motions for reconsideration of the Court's order on Defendants' motion for summary judgment.  (Dkt. No. 174.)  Based on this order, on December 13, 2011, Defendants filed a notice of appeal.  (Dkt. No. 175.)

Plaintiff contends that the notice of appeal is untimely and may file a motion to certify Defendants' appeal as frivolous.  Defendants will oppose; Defendants will argue that their appeal is timely and meritorious and should stay all of the proceedings in this Court, including any motion for summary judgment.  However, Defendant Parra's deadline to file a summary judgment motion is January 6, 2012.  (Dkt. No. 173.)

1  Furthermore, counsel for both parties (including Messrs. May, Loebs, and Lewis) will be trying
2  a case in state court starting on January 3, 2012, which is expected to last between two and three
3  weeks.
4  Finally, the deposition of Captain Parra, currently scheduled for December 20, 2011, will need
5  to be re-scheduled due to the fact that counsel in this case are required to attend a Mandatory
6  Settlement Conference in another case, and that is the only date that the Court is available to conduct
7  the conference. Due to the trial mentioned above, the deposition will likely need to be re-scheduled for
8  late January.
9  To allow the Court sufficient time to rule on Plaintiff's anticipated motion, and to
10  accommodate counsel's trial and pre-trial schedules in another matter, the parties propose a change in
11  the date of Defendant Parra's last day to file a summary judgment motion.  The parties propose that
12  Defendant Parra's last day to file a summary judgment motion be February 27, 2012.  This would
13  allow for a hearing on or around April 2, 2012, which is more than two months before trial.
14  IT IS HEREBY STIPULATED BY THE PARTIES:

15  Dated: December 15, 2011            DENNIS J. HERRERA
                                        City Attorney
16                                      JOANNE HOEPER
                                        Chief Trial Deputy
17                                      MARC R. LEWIS
                                        Deputy City Attorney
18

19
                                        By:   /s/  Marc R. Lewis
20                                      MARC R. LEWIS
                                        Attorneys for Defendants
21                                      CITY AND COUNTY OF SAN FRANCISCO, et al.

22

23  Dated:  December 15, 2011           LAW OFFICES OF JOSEPH S. MAY

24
                                        By:   /s/  Joseph S. May*
25                                      Joseph S. May, Esq.
                                        Attorneys for Plaintiff
26                                      AMJAD ABUDIAB

27  *Pursuant to General Order 45, the electronic signatory of this documents attests that this individual
    concurs in his electronic signature of this document.  The actual signature page is on file.
28

Stip & [Proposed] Order Re Parra's Deadline To Move        2                n:\lit\li2011\091138\00744321.doc
For Summary Judgment; C09-01778 JSW

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant Parra's last day to file a summary judgment motion is moved to February 27, 2012.

IT IS HEREBY FURTHER ORDERED that the last day for the Court to hear a motion for summary judgment by Captain Parra is moved to April 6, 2012. The Court FURTHER ORDERS that the pretrial conference and trial are CONTINUED to June 18 and July 9, 2012, respectively.

Dated: December 19, 2011

*Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE