Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 781-3333
Facsimile (415) 398-1410
joseph@josephmaylaw.com

Attorney for Plaintiff
AMJAD ABUDIAB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ABUDIAB,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; ANTONIO PARRA; and DOES 1-20, inclusive.<br><br>            Defendants. | CASE NO.: C09-1778-JSW<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING DEADLINES FOR OPPOSITION PAPERS AND REPLY PAPERS RELATED TO DEFENDANT PARRA'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   April 6, 2011<br>Time:   9:00 a.m.<br>Place:  Courtroom 11, 19th Floor<br>Judge:  Hon. Jeffrey S. White<br><br>Action filed:   March 27, 2009<br>Trial Date:     July 9, 2012 |

The Parties, through their undersigned counsel, stipulate and agree as follows:

1. With leave of Court, Defendant Antonio Parra filed a summary judgment motion on February 27, 2012, which is set for hearing on April 6, 2012. Pursuant to the Local Rules, opposing papers are currently due March 12, 2012, and reply papers are due one week from the date the opposition is filed and served. *See* L.R. 7-3(a), (c). Due to the press of business, and other matters that have affected these deadlines, including a month-long trial in which counsel for both parties were engaged throughout the month of January and the fact that the deposition of Capt. Parra did not take place until late February 2012, Plaintiff has sought this stipulation from defense counsel, and defense counsel agrees and stipulates to continue Plaintiff's deadline for his opposition to the pending motion to March 19, 2012.

2. Defense counsel, who had planned his schedule around the currently set dates for opposition and reply papers, already has other matters scheduled for the week Defendant Parra's

reply would be due if the dates we only moved one week. Therefore the parties further stipulate that if the Court extends the deadline for Plaintiff's opposition to March 19, 2012, the deadline for Defendant Parra's reply may be continued to April 2, 2012.

3. If the Court grants the deadline extensions stipulated to above, the Parties understand that a brief continuance of the hearing on this motion will likely be necessary and the Parties are both amenable to such a continuance.

So Stipulated.

DATED: March 9, 2012                    LAW OFFICE OF JOSEPH S. MAY

                                        _/s/ Joseph S. May_____
                                        Joseph S. May, attorney for Plaintiff,
                                        Amjad Abudiab

So Stipulated.

Dated: March 9, 2012                    DENNIS J. HERRERA
                                        City Attorney
                                        JOANNE HOEPER
                                        Chief Trial Deputy
                                        BLAKE P. LOEBS
                                        Deputy City Attorney

                                        By:_/s/ Blake P. Loebs*_____
                                        BLAKE P. LOEBS
                                        Attorneys for Defendants

                                        *Pursuant to General Order 45, §O.K., the filer of this document attests that he has received the concurrence of this signatory to file this document.

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, it is HEREBY ORDERED,

1. The deadline for Plaintiff's opposition to Defendant Parra's motion for summary judgment shall be continued from March 12, 2012 to March 19, 2012.

    2. The deadline for Defendant Parra's reply to Plaintiff's opposition shall be continued to April 2, 2012.

    ~~¶~~3. The hearing on Defendant Parra's motion for summary judgment shall be continued from April 6, 2012 to May 4, 2012, at 9:00 am/~~pm~~, in Courtroom 11, 19th Floor.~~]~~

It is so ordered.

DATED: March 12, 2012

_____
HON. JEFFREY S. WHITE
United States District Judge

C09-1778-JSW
3
STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE FOR MSJ OPPOSITION AND REPLY