| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Deputy |
| 3 | BLAKE P. LOEBS, State Bar #145790<br>Chief of Civil Rights Litigation |
| 4 | Fox Plaza<br>1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone: (415) 554-3868 |
| 6 | Facsimile: (415) 554-3837<br>E-Mail: blake.loebs@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
ELIAS GEORGOPOULOS and ANTONIO PARRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ABUDIAB,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; ANTONIO PARRA and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. C09-01778 JSW<br><br>**[PROPOSED] ORDER GRANTING STAY OF BRIEFING ON PARRA SUMMARY JUDGMENT PENDING THE RESOLUTION OF WHETHER THE ENTIRE PROCEEDING IS STAYED**<br><br>Trial Date: July 9, 2012 |

On March 16, 2012, the parties to this action filed a Stipulation to have the briefing on the pending summary judgment motion stayed pending the Court's determination as to whether this entire matter is stayed pending appeal.

1   IT IS SO ORDERED that the briefing on the pending summary judgment motion is stayed
2   pending further order of the Court.

4   DATED: March 19, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Granting Stay of Briefing on Parra MSJ; CASE NO. C09-01778 JSW    2    n:\lit\li2010\091138\00761745.doc