DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
BLAKE P. LOEBS, State Bar #145790
Chief of Civil Rights Litigation
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3868
Facsimile: (415) 554-3837
E-Mail: blake.loebs@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
ELIAS GEORGOPOULOS and ANTONIO PARRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ABUDIAB,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; ANTONIO PARRA and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. C09-01778 JSW<br><br>**[PROPOSED] ORDER GRANTING STAY OF BRIEFING ON PARRA SUMMARY JUDGMENT PENDING THE RESOLUTION OF WHETHER THE ENTIRE PROCEEDING IS STAYED**<br><br>Trial Date: July 9, 2012 |

On March 16, 2012, the parties to this action filed a Stipulation to have the briefing on the pending summary judgment motion stayed pending the Court's determination as to whether this entire matter is stayed pending appeal.

1  IT IS SO ORDERED that the briefing on the pending summary judgment motion is stayed
2  pending further order of the Court.

4  DATED: March 19, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE