United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ABUDIAB, | |
| Plaintiff, | No. C 09-01778 JSW |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **ORDER STAYING MATTER PENDING APPEAL** |
| Defendants. | |

The parties dispute whether the Court should stay this matter pending Defendants' interlocutory appeal of the Court's denial of qualified immunity. "The effective filing of a notice of appeal transfers jurisdiction from the district court to the court of appeals with respect to all matters involved in the appeal." *Masalosalo by Masalosalo v. Stonewall Ins. Co.*, 718 F.2d 955, 956 (9th Cir. 1983) (citing *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56 (1982). This rule "is designed to avoid the confusion and inefficiency of two courts considering the same issues simultaneously." *Id*. Although the pending appeal would not resolve all of Plaintiff's claims, there are certainly some overlapping claims and issues. Therefore, in the

///
///
///
///
///

interests of judicial economy, the Court HEREBY STAYS this matter pending the interlocutory appeal.

**IT IS SO ORDERED.**

Dated: April 4, 2012


JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2