IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMJAD ABUDIAB,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 09-01778 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED Magistrate Judge Joseph C. Spero for the purposes of a settlement conference, to be completed, if possible, by no later than April 15, 2014. The Court FURTHER ORDERS that the case management conference is CONTINUED to April 25, 2014 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: February 11, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge Referral Clerk