DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:     (415) 554-3837
E-Mail:        margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
ELIAS GEORGOPOULOS and ANTONIO PARRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ABUDIAB,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; ANTONIO PARRA and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. C09-01778 JSW (JCS)<br><br>**[PROPOSED] ORDER EXCUSING CERTAIN DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE** |

FOR GOOD CAUSE SHOWN, the Court issues the following Order:

After careful consideration of the request of Defendants' counsel, the Court has determined that ELIAS GEORGOPOULOS and ANTONIO PARRA are excused from attending the settlement conference in this matter.

DATED: 3/26/14

_____
HON. _____
United S_____ ___istrate Judge
(Judge Joseph C. Spero)

[Proposed] Order Excusing Defts from Settl. Conf.      1      n:\lit\li2014\091138\00895238.doc
CASE NO.  **C09-01778 JSW**