```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  CHERYL ADAMS, State Bar #164194
    Chief Trial Attorney
 3  MARGARET W. BAUMGARTNER, State Bar #151762
    Deputy City Attorney
 4  1390 Market Street, 6th Floor
    San Francisco, California 94102-5408
 5  Telephone:    (415) 554-3859
    Facsimile:    (415) 554-3837
 6  Email address:      margaret.baumgartner@sfgov.org

 7  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO
 8  ELIAS GEORGOPOULOS and ANTONIO PARRA

 9  JOSEPH S. MAY, State Bar #245924
    LAW OFFICE OF JOSEPH S. MAY
10  744 Montgomery Street, 5th Floor
    San Francisco, CA 94111
11  Telephone:    (415) 781-3333
    Facsimile:    (415) 398-1410
12  Email address:      joseph@josephmaylaw.com

13  Attorney for Plaintiff
    AMJAD ABUDIAB
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ABUDIAB, | Case No. C09-01778 JSW |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; ANTONIO PARRA; and DOES 1-20, inclusive, | Date:    April 25, 2014<br>Time:    11:00 a.m.<br>Place:   Courtroom 5, 2nd Floor |
| Defendants. | Action Filed:  March 27, 2009<br>Trial Date:    None set |

As this matter settled at the April 7, 2014 settlement conference with Magistrate Judge Joseph C. Spero, the Parties respectfully request that the April 25, 2014 Case Management Conference be vacated, or alternatively, continued to a date 60-90 days out, at which time the Parties believe the matter will have been dismissed.

STIP & [PROPOSED] ORDER TO VACATE CMC        1
CASE NO. C09-01778 JSW

Dated: April 17, 2014

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney

By: */s/ Margaret W. Baumgartner*
MARGARET W. BAUMGARTNER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ANTONIO PARRA and ELIAS GEORGOPOULOS

Dated: April 17, 2014

LAW OFFICE OF JOSEPH S. MAY

By: */s/ Joseph S. May*
JOSEPH S. MAY
Attorney for Plaintiff
AMJAD ABUDIAB

Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of all signatories to file this document.

### [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, and for good cause shown, the Court HEREBY CONTINUES ~~VACATES~~ the Case Management Conference scheduled for April 25, 2014 in this matter to July 11, 2014.

Dated: April 18, 2014

HON. JEFFREY S. WHITE
United States District Court Judge

STIP & [PROPOSED] ORDER TO VACATE CMC        2
CASE NO. C09-01778 JSW