|   |   |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194 |
|   | Chief Trial Attorney |
| 3 | MARGARET W. BAUMGARTNER, State Bar #151762 |
|   | Deputy City Attorney |
| 4 | 1390 Market Street, 6th Floor |
|   | San Francisco, California 94102-5408 |
| 5 | Telephone:     (415) 554-3859 |
|   | Facsimile:      (415) 554-3837 |
| 6 | Email address:        margaret.baumgartner@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
ELIAS GEORGOPOULOS and ANTONIO PARRA

JOSEPH S. MAY, State Bar #245924
LAW OFFICE OF JOSEPH S. MAY
744 Montgomery Street, 5th Floor
San Francisco, CA 94111
Telephone:     (415) 781-3333
Facsimile:      (415) 707-6600
Email address:        joseph@josephmaylaw.com

Attorney for Plaintiff
AMJAD ABUDIAB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| AMJAD ABUDIAB, | Case No. C09-01778 JSW |
|---|---|
| Plaintiff, |  |
| vs. | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR DISMISSAL WITH PREJUDICE** |
| CITY AND COUNTY OF SAN FRANCISCO; ELIAS GEORGOPOULOS; ANTONIO PARRA; and DOES 1-20, inclusive, | Action Filed:   March 27, 2009<br>Trial Date:      None set |
| Defendants. |  |

This matter has settled and all settlement terms have been fully satisfied. Therefore, the Parties respectfully request that this matter be dismissed with prejudice, with both sides to bear their respective attorneys' fees and costs.

STIP AND ORDER FOR DISMISSAL                        1
CASE NO. C09-01778 JSW

**So stipulated.**

Dated: July 10, 2014

                        DENNIS J. HERRERA
                        City Attorney
                        CHERYL ADAMS
                        Chief Trial Deputy
                        MARGARET W. BAUMGARTNER
                        Deputy City Attorney

                    By: */s/ Margaret W. Baumgartner*
                        MARGARET W. BAUMGARTNER
                        Attorneys for Defendants
                        CITY AND COUNTY OF SAN FRANCISCO,
                        ANTONIO PARRA and ELIAS GEORGOPOULOS

**So Stipulated.**

Dated: July 10, 2014          LAW OFFICE OF JOSEPH S. MAY

                  By: */s/ Joseph S. May*
                        JOSEPH S. MAY
                        Attorney for Plaintiff
                        AMJAD ABUDIAB

                        Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of all signatories to file this document.

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, this matter shall be and hereby is DISMISSED WITH PREJUDICE. All parties are to bear their own costs and attorneys' fees.

So Ordered.

Dated: July 11, 2014

                        HON. JEFFREY S. WHITE
                        United States District Judge